*Tuesday, April 14, 1992*
## MISCELLANEOUS DISMISSALS

**92–54.** State, ex rel. Fant, v. Stokes. *Cuyahoga County*, No. 62121. *Sua sponte*, cause dismissed for want of prosecution, effective April 9, 1992.

**92–66.** State v. Jones. *Montgomery County*, No. CA 12378. *Sua sponte*, cause dismissed for want of prosecution, effective April 9, 1992.

**92–264.** Robinson v. Hartzell. *Stark County*, Nos. CA–8718 and CA–8647. *Sua sponte*, cause dismissed for want of prosecution, effective April 9, 1992.

**92–366.** State v. McMillan. *Lorain County*, No. 91CA005081. *Sua sponte*, cause dismissed for want of prosecution, effective April 9, 1992.

**92–451.** State v. Davis. *Ross County*, No. 1746. Cause dismissed, on appellant's application for dismissal, effective April 9, 1992.

*Thursday, April 16, 1992*
## MOTION DOCKET

**89–1291.** State v. Sneed. *Stark County*, No. CA–6976. On motion for stay. Stay granted.

**90–2524.** State v. Davis. *Butler County*, No. CA89–09–123. On motion for stay. Stay granted.

## DISCIPLINARY DOCKET

**92–678.** In re Glover. Pursuant to the provisions of Gov.Bar R. V(9)(a)(iii), Valerie Jamella Glover, Attorney Registration No. 0037197, is indefinitely suspended from the practice of law.

## MISCELLANEOUS DISMISSALS

**91–2270.** Ohio Bd. of Chiropractic Examiners v. Schone. *Franklin County*, No. 90AP–1347. This cause is pending before the court on the filing of a motion and cross-motion for an order directing the Court of Appeals for Franklin County to certify its record and as a claimed appeal as of right from said court. Upon consideration of appellee/cross-appellant's application to dismiss its cross-appeal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective April 14, 1992.

Said cause shall remain pending in all other respects.

**92–380.** State v. Proctor. *Montgomery County*, No. CA 12563. *Sua sponte*, cause dismissed for want of prosecution, effective April 15, 1992.

**92–583.** Bayus v. Mayfield. *Montgomery County*, No. CA 12477. Cause dismissed, on appellant's application for dismissal, effective April 14, 1992.

*Wednesday, April 22, 1992*
## MERIT DOCKET

**91–307.** State, ex rel. Ball, v. Cleary. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1317.** State, ex rel. Costantini, v. Mascio. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1472.** Freeman v. Overberg. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.